# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jessica Jackson, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 18-15950-mdc |

# O R D E R

AND NOW, this  27th  day of     April     2021, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

{00384558;v1}