IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Jessica Lee Jackson AKA Jessica Cole** | : | Case No.: 18-15950 |
| | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

19-034565_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-15950** |
| **Jessica Lee Jackson AKA Jessica Cole** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Related Document # |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Curtis Raymaur Jackson** | : | |
| **Jessica Lee Jackson AKA Jessica Cole** | : | |
| | : | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Georgette Miller, Attorney for Jessica Lee Jackson AKA Jessica Cole, Margolis Edelstein, The Curtis Center, 170 S. Independence Mall W, Suite 400, Philadelphia, PA  19106, bky@magolisedelstein.com

19-034565_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 2, 2021:

Curtis Raymaur Jackson, 7205 Lawndale Ave, Philadelphia, PA  19152

Jessica Lee Jackson AKA Jessica Cole, 7205 Lawndale Avenue, Philadelphia, PA  19111

DATE: September 2, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-034565_PS