# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jessica Lee Jackson | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-15950 |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $5300.00 and reimbursement of expenses in the amount of $300.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 350.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:  November 21, 2021

cc:     Kenneth West
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107

        United States Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        Jessica Lee Jackson
        7205 Lawndale Avenue
        Philadelphia, PA 19111