**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Jessica Lee Jackson** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 18-15950 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of <u>1200.00</u> are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:  November 21, 2021

cc:    Kenneth West
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Jessica Lee Jackson
       7205 Lawndale Avenue
       Philadelphia, PA 19111