**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Jessica Jackson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankruptcy No. 18-15940-mdc |

**O R D E R**

**AND NOW, this** 21st **day of** April **2023, upon** consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE