**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jessica Jackson | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 18-15950 |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Notice, Application and Proposed Order on <u>August 15, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: August 17, 2023               **/s/ Michelle Lee**
                                     Michelle Lee, Esq.
                                     Dilworth Paxson LLP
                                     1500 Market Street, Suite 3500E
                                     Philadelphia, PA 19102