# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jessica Jackson | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-15950 |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the Supplemental Application for Compensation (the "Application") filed by Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,000.00.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: September 8, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE