UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Jessica Jackson                :    Chapter 13
                                      :
                                      :
                                      :
          Debtor                      :    Bankruptcy No. 18-15950

PRE-DISCHARGE CERTIFICATION
OF COMPLIANCE WITH PROVISIONS OF
11 U.S.C. SECTIONS 1328

Debtor, Jessica Jackson, upon my/our oath according to law, hereby certify as follows in connection with my/our request for a discharge in the above-captioned case ("Case"): (Check all applicable statements and provide all required information)

1. ✓ I/We have made our final payment in the Case and I/We are requesting the Court to issue a discharge in the Case.

2. ✓ I/We have completed an instructional course concerning personal financial management described in 11 U.S.C. §111 provided by the following entity, at the following address:

___Access Counseling___
_____
_____
_____

3.    A. ✓ I/We have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before the Case was filed or at any time after the filing of the Case.

   O R

[Note: If "B" is applicable, all information required in questions B.i through B.IV must be
• provided]

   _____ B.1. I/We certify that prior to the date of this affidavit 1/we have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute including amounts due before the Case was filed, to the extent provided for by the plan.

Page 1 of 3

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  4/16/24                              _____
                Date                                              Debtor

***Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.***