Certificate Number: 15317-PAE-DE-038693006

Bankruptcy Case Number: 18-15950



15317-PAE-DE-038693006

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2024</u>, at <u>5:39</u> o'clock <u>AM PDT</u>, <u>Jessica L Jackson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 23, 2024</u>

By: <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>