United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 18-15950-pmm

Jessica Lee Jackson                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                      Page 1 of 3

Date Rcvd: Oct 03, 2024                      Form ID: 138OBJ                              Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Lee Jackson, 7205 Lawndale Avenue, Philadelphia, PA 19111-4007 |
| 14556937 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14193706 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14647585 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14202345 | | Freedom Mortgage Corporation, c/o Thomas Song, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103 |
| 14395785 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14193696 | + | Email/Text: bankruptcy@acimacredit.com | Oct 04 2024 11:27:00 | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14193697 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2024 11:26:00 | Aes/nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14202780 | | Email/Text: ally@ebn.phinsolutions.com | Oct 04 2024 11:26:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14193698 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 04 2024 11:26:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14193699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14193701 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 04 2024 11:26:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14278473 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14216248 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14226556 | | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:40:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14193702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenity Bank/peebles, Po Box 182789, |

District/off: 0313-2                         User: admin                                    Page 2 of 3

Date Rcvd: Oct 03, 2024                      Form ID: 138OBJ                                Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 14193703 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenitycb/mypointsrwd, Po Box 182120, Columbus, OH 43218-2120 |
| 14193704 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 04 2024 11:26:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 14193853 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 04 2024 11:26:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14193705 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 00:40:31 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14231480 | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14210214 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 04 2024 11:26:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Attention: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14193707 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 04 2024 11:26:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14193708 | + Email/Text: Bankruptcy@ICSystem.com | Oct 04 2024 11:26:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14193700 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2024 00:40:52 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14193709 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 04 2024 11:26:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14228689 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 00:17:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14193784 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 00:17:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14227540 | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14227541 | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14193710 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:17:49 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14193711 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:51 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14193712 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 00:40:32 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14273639 | ^ MEBN | Oct 04 2024 11:21:31 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14759769 | + Email/Text: EBN@edfinancial.com | Oct 04 2024 11:26:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14229206 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 04 2024 00:17:49 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P O Box 169005, Irving, TX 75016-9005 |
| 14193713 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 04 2024 00:17:49 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

District/off: 0313-2                                          User: admin                                          Page 3 of 3

Date Rcvd: Oct 03, 2024                                     Form ID: 138OBJ                                     Total Noticed: 39

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14240696 | * | Freedom Mortgage Corporation, c/o Thomas Song, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103-1823 |
| 14647586 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Jessica Lee Jackson bky@dilworthlaw.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| STEPHEN R. STARKS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com  wbecf@brockandscott.com |
| THOMAS SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 103 – 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    )
    Jessica Lee Jackson        )        Case No. 18–15950–pmm
    aka Jessica Cole          )
                   )
    Debtor(s).              )        Chapter: 13
                   )
                   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 3, 2024                    For The Court

                                       Timothy B. McGrath
                                       Clerk of Court