*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jessica Lee Jackson : Case No. 18–15950–pmm
   Debtor(s)

***ORDER***
_____

 AND NOW, this day , December 20, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

 ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

         By The Court

         Patricia M. Mayer
         Judge, United States Bankruptcy Court

110
Form 195