**Fill in this information to identify the case:**

Debtor 1    JESSICA LEE JACKSON A/K/A JESSICA COLE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN    District of  PA
(State)

Case Number    18-15950 MDC

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**    FREEDOM MORTGAGE CORPORATION     **Court claim no.** (if known):    3

**Last 4 digits** of any number you use to
identify the debtor's account:    6100

**Date of payment change:** 12/01/2019
Must be at least 21 days after date
of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,193.26

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $422.82          New escrow payment: $466.76

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
Attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: _____    New principal and interest payment: _____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: _____          New mortgage payment: _____

---

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Robert J. Davidow, Esquire
Signature

Date   November 1, 2019

Print:   Robert J. Davidow, Esq., Id. No.321821
     First Name      Middle Name      Last Name

Title   Attorney

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

     Philadelphia, PA 19103

Contact Phone   215-563-7000

Email   Robert.Davidow@phelanhallinan.com